**Joseph Bakhos Esq,**
**State Bar Number: 327036**
17221 E. 17th St., Ste #F
Santa Ana, CA 92705
Telephone: [714]-617-5868
Email Address: jbakhoslaw@yahoo.com
**Attorney for plaintiff**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM GHADIRI, | **Case No.:** 8:23-cv-00446-FWS-ADS |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| MAIN AUTO CARE INC, a corporation; ANNY BITAR, an individual; BITAR GARY TR, a trust, | |
| Defendants | |

**TO ALL PARTIES IN INTEREST:**

**NOTICE IS HEREBY GIVEN** that Plaintiff, ADAM GHADIRI, has reached a full and comprehensive settlement of this civil action with mutual general releases with regard to defendants MAIN AUTO CARE INC, a corporation; ANNY BITAR, an individual; BITAR GARY TR, a trust,

//

//

//

//

1

**NOTICE OF SETTLEMENT**

The parties are awaiting final execution performance of the settlement.

DATED: 5/2/2023

_____
Joseph Bakhos, Esq.
Attorney for Plaintiff

2

**NOTICE OF SETTLEMENT**